USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, *on behalf of himself and all other persons similarly situated*,

        Plaintiff,

  v.

OHMNILABS, INC.,

        Defendant.

21-CV-4394 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Due to a scheduling conflict, the conference scheduled for August 6, 2021 is hereby adjourned to August 10, 2021 at 11:00 a.m. This conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public

SO ORDERED.

Dated: August 6, 2021
    New York, New York

                Ronnie Abrams
                United States District Judge